IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

PAUL M. ADAIR                                                          PLAINTIFF
        v.                              CIVIL NO.14-2029

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                        DEFENDANT

# O R D E R

Plaintiff has submitted a complaint for filing in this district, together with a request for

leave to proceed *in forma pauperis* and a motion for service. ECF. Nos. 1, 2. After review, it

is found that Plaintiff is unable to pay for the costs of commencement of suit and, accordingly,

the following order is entered this 10th day of February 2014:

Plaintiff's motion for leave to proceed *in forma pauperis* and motion for service is hereby

granted. The court directs that a copy of the complaint, along with a copy of this order, be served

by Plaintiff by certified mail, return receipt requested, on Defendant, Carolyn W. Colvin,

Commissioner, Social Security Administration, as well as Eric H. Holder, Jr., U.S. Attorney

General, and Conner Eldridge, U.S. Attorney, without prepayment of fees and costs. Defendant

is ordered to answer within sixty (60) days from the date of service.

IT IS SO ORDERED.

/S/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
CHIEF U.S. MAGISTRATE JUDGE

AO72A
(Rev. 8/82)